UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMEL DAVIS,

                    Plaintiff,

    -v-

AMALGAMATED HOUSING CORPORATION,

                    Defendants.

CIVIL ACTION NO. 26 Civ. 1675 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial management and report and recommendations on dispositive motions. (Dkt. No. 5). Pursuant to Federal Rule Civil Procedure 4(m), Plaintiff Jamel Davis ("Plaintiff") was required to serve a summons and the complaint (Dkt. No. 1 (the "Complaint")) on Defendant Amalgamated Housing Corporation ("Defendant") by May 29, 2026. See Fed. R. Civ. P. 4(m). To date, Plaintiff has not filed the required proof of service. As a one-time courtesy, the Court sua sponte **EXTENDS** Plaintiff's deadline to file proof of service of the summons and Complaint on Defendant to **June 12, 2026**.

Plaintiff is warned that failure to file proof of service of the summons and Complaint on Defendant by **June 12, 2026** may result in the undersigned recommending that the Court dismiss Plaintiff's claims against Defendant for failure to prosecute.

Dated:     New York, New York
           June 2, 2026         SO ORDERED.

                                       SARAH L. CAVE
                           **United States Magistrate Judge**