UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMEL DAVIS,

                              Plaintiff,

        -v-                                                   CIVIL ACTION NO. 26 Civ. 1675 (DEH) (SLC)

                                                              **ORDER**

AMALGAMATED HOUSING CORPORATION,

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial management and report and recommendations on dispositive motions. (Dkt. No. 5). Pursuant to Federal Rule Civil Procedure 4(m), Plaintiff Jamel Davis ("Plaintiff") was required to serve a summons and the complaint (Dkt. No. 1 (the "Complaint")) on Defendant Amalgamated Housing Corporation ("Defendant") by May 29, 2026. See Fed. R. Civ. P. 4(m). As Plaintiff did not file the required proof of service, the Court sua sponte extended this deadline to June 12, 2026. (Dkt. No. 6). To date, Plaintiff still has not filed the required proof of service.

As a final courtesy, the Court sua sponte **EXTENDS** Plaintiff's deadline to file proof of service of the summons and Complaint on Defendant to **July 10, 2026**.

2

<u>Plaintiff is warned that failure to file proof of service of the summons and Complaint on</u>

<u>Defendant by **July 10, 2026** may result in the undersigned recommending that the Court dismiss</u>

<u>Plaintiff's claims against Defendant for failure to prosecute</u>.

Dated:          New York, New York
                July 2, 2026                          SO ORDERED.


                                              _____
                                              SARAH L. CAVE
                                              **United States Magistrate Judge**

2